IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MARTHA SCHERSCHEL** | ) | No. 15B 38002 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 16, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                         BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

Service List:

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054-3025

Fifth Third Bank
P.O. Box 9013
Addison, TX   75001

Chase Bank USA, NA
Attn:   Correspondence Dept
P.O. Box 15298
Wilmington, DE   19850

Lisette Wicev
wicevl@aol.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov