# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHERSCHEL, MARTHA R § Case No. 15-38002 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 238,091.00              Assets Exempt: 23,206.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  14,924.38      Claims Discharged
                                                  Without Payment:  24,951.51

Total Expenses of Administration:  9,599.12

3) Total gross receipts of $ 26,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,976.50 (see **Exhibit 2**), yielded net receipts of $ 24,523.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,599.12 | 9,599.12 | 9,599.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,565.66 | 24,933.23 | 24,933.23 | 14,924.38 |
| **TOTAL DISBURSEMENTS** | $ 39,565.66 | $ 34,532.35 | $ 34,532.35 | $ 24,523.50 |

4) This case was originally filed under chapter 7 on 11/07/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2017                By: /s/GINA B. KROL
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 26,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Martha Scherschel | Exemptions | 8100-000 | 1,976.50 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,976.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,202.35 | 3,202.35 | 3,202.35 |
| GINA B. KROL | 2200-000 | NA | 4.35 | 4.35 | 4.35 |
| CLERK OF THE CIRCUIT COUR | 2500-000 | NA | 185.50 | 185.50 | 185.50 |
| SUNBELT TITLE AGENCY | 2500-000 | NA | 658.16 | 658.16 | 658.16 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| COUNTY TAXES - 1/1/16 - 9/23/16 | 2820-000 | NA | 161.50 | 161.50 | 161.50 |
| COHEN & KROL | 3110-000 | NA | 2,145.01 | 2,145.01 | 2,145.01 |
| GINA B. KROL | 3110-000 | NA | 1,072.49 | 1,072.49 | 1,072.49 |
| COHEN & KROL | 3120-000 | NA | 224.76 | 224.76 | 224.76 |
| COLDWELL BANKER | 3510-000 | NA | 1,140.00 | 1,140.00 | 1,140.00 |
| SUNBELT TITLE | 3510-000 | NA | 795.00 | 795.00 | 795.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,599.12 | $ 9,599.12 | $ 9,599.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | 1,421.19 | NA | NA | 0.00 |
| | Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | 909.00 | NA | NA | 0.00 |
| | Elan Financial Service<br>CB Disputes<br>St. Louis, MO 63166 | | 3,240.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare<br>27535 Network Place<br>Chicago, IL 60673 | | 39.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Memorial Healthcare 27535 Network Place Chicago, IL 60673 | | 65.83 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare 27535 Network Place Chicago, IL 60673 | | 476.12 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare 27535 Network Place Chicago, IL 60673 | | 34.98 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare 27535 Network Place Chicago, IL 60673 | | 20.00 | NA | NA | 0.00 |
| | MC Property Mgmt Corp. Bella Oaks Condo Assn 14224 McCarthy Road Lemont, IL 60439 | | 223.00 | NA | NA | 0.00 |
| | Syncb/Care Credit 950 Forrer Blvd Dayton, OH 45420 | | 3,997.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/TJX Cos DC P.O. Box 965005 Orlando, FL 32896 | | 637.00 | NA | NA | 0.00 |
| | US Bank 4325 17th Avenue S Fargo, ND 58125 | | 3,879.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 1,350.00 | 1,350.17 | 1,350.17 | 1,350.17 |
| 000001 | DISCOVER BANK | 7100-900 | 7,110.00 | 7,192.72 | 7,192.72 | 7,192.72 |
| 000002 | FIFTH THIRD BANK | 7100-900 | 1,974.00 | 2,059.01 | 2,059.01 | 2,059.01 |
| 000004 | CHASE BANK USA, NA | 7200-000 | 3,910.00 | 3,948.34 | 3,948.34 | 1,190.86 |
| 000005 | CHASE BANK USA, NA | 7200-000 | 10,279.00 | 10,382.99 | 10,382.99 | 3,131.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 39,565.66 | $ 24,933.23 | $ 24,933.23 | $ 14,924.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-38002 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SCHERSCHEL, MARTHA R | | | Date Filed (f) or Converted (c): | 11/07/15 (f) |
| | | | | 341(a) Meeting Date: | 12/01/15 |
| For Period Ending: | 02/03/17 | | | Claims Bar Date: | 09/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo 2189 W. Concord Ln., Addison, IL | 239,600.00 | 0.00 | | 0.00 | FA |
| 2. 233 SE 24th Ave., Lots 61-63, Cape Coral, FL | 7,986.00 | 25,000.00 | | 26,500.00 | FA |
| 3. Chase Checking Account | 96.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings Account | 0.50 | 0.00 | | 0.00 | FA |
| 5. TV & Furniture & Appliances | 350.00 | 0.00 | | 0.00 | FA |
| 6. Normal Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. FERS Annuity/401K Retirement Plan | Unknown | 0.00 | | 0.00 | FA |
| 8. Proceeds from closed Thrift Savings Plan Annuity | 1,606.00 | 0.00 | | 0.00 | FA |
| 9. 2015 Tax Refund | 1,577.00 | 0.00 | | 0.00 | FA |
| 10. 2012 Volvo S60 | 15,891.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $267,306.50 | $25,000.00 | | $26,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Review November 14, 2016, 01:02 pm

Sent letters to creditors regarding POCs; TFR to follow October 12, 2016, 02:49 pm

Initial Projected Date of Final Report (TFR): 03/31/17     Current Projected Date of Final Report (TFR): 12/31/16

/s/     GINA B. KROL
_____     Date: 02/03/17

Case 15-38002    Doc 62    Filed 03/02/17    Entered 03/02/17 15:02:54    Desc Main
Document      Page 9 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-38002    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | SCHERSCHEL, MARTHA R | Date Filed (f) or Converted (c): | 11/07/15 (f) |
| | | 341(a) Meeting Date: | 12/01/15 |
| | | Claims Bar Date: | 09/07/16 |

GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-38002 -DRC | Trustee Name: GINA B. KROL |
| Case Name: | SCHERSCHEL, MARTHA R | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******7913 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4137 | |
| For Period Ending: | 02/03/17 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/16 | 2 | SUNBELT TITLE AGENCY<br>1715 N WESTSHORE BLVD<br>SUITE 190<br>TAMPA, FL 33607 | | | 23,559.84 | | 23,559.84 |
| | | SUNBELT TITLE AGENCY | Memo Amount: 26,500.00<br>SALE OF REAL ESTATE IN FLORIDA | 1110-000 | | | |
| | | | Memo Amount: ( 161.50 )<br>COUNTY TAXES - 1/1/16 - 9/23/16 | 2820-000 | | | |
| | | SUNBELT TITLE AGENCY | Memo Amount: ( 658.16 )<br>TITLE SEARCH, CLOSING FEES | 2500-000 | | | |
| | | COLDWELL BANKER | Memo Amount: ( 1,140.00 )<br>COMMISSION | 3510-000 | | | |
| | | SUNBELT TITLE | Memo Amount: ( 795.00 )<br>COMMISSION | 3510-000 | | | |
| | | CLERK OF THE CIRCUIT COUR | Memo Amount: ( 185.50 )<br>RECORDATION OF DEED | 2500-000 | | | |
| 09/27/16 | 030001 | Martha Scherschel<br>c/o Lisette Wicev<br>Law Office of Lisette Wicev<br>2157 N. Western Avenue<br>Chicago, IL 60647 | Exemption to Debtor | 8100-000 | | 1,976.50 | 21,583.34 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,573.34 |
| 01/20/17 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 3,206.70 | 18,366.64 |
| | | | Fees 3,202.35 | 2100-000 | | | |
| | | | Expenses 4.35 | 2200-000 | | | |

Page Subtotals       23,559.84        5,193.20

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2                                                                                                                        Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                      Exhibit 9

| Case No: | 15-38002 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SCHERSCHEL, MARTHA R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7913 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4137 | | |
| For Period Ending: | 02/03/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/17 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 1,072.49 | 17,294.15 |
| 01/20/17 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 2,369.77 | 14,924.38 |
| | | | Fees         2,145.01 | 3110-000 | | | |
| | | | Expenses        224.76 | 3120-000 | | | |
| 01/20/17 | 030005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 7,192.72 | 7,731.66 |
| 01/20/17 | 030006 | Fifth Third Bank<br>PO Box 9013<br>Addison,TX 75001 | Final Distribution | 7100-900 | | 2,059.01 | 5,672.65 |
| 01/20/17 | 030007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 1,350.17 | 4,322.48 |
| 01/20/17 | 030008 | Chase Bank USA, NA<br>Attn: Corres Dept<br>P.O. Box 15298<br>Wilmington, DE 19850 | Final Distribution | 7200-000 | | 1,190.86 | 3,131.62 |
| 01/20/17 | 030009 | Chase Bank USA, NA<br>Attn: Corres Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850 | Final Distribution | 7200-000 | | 3,131.62 | 0.00 |

Page Subtotals          0.00          18,366.64

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-38002 -DRC | Trustee Name: GINA B. KROL |
| Case Name: SCHERSCHEL, MARTHA R | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******7913  Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******4137 | |
| For Period Ending: 02/03/17 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 26,500.00 | COLUMN TOTALS | 23,559.84 | 23,559.84 | 0.00 |
| Memo Allocation Disbursements: | 2,940.16 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 23,559.84 | 23,559.84 | |
| Memo Allocation Net: | 23,559.84 | Less: Payments to Debtors | | 1,976.50 | |
| | | Net | 23,559.84 | 21,583.34 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 26,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,940.16 | Checking Account (Non-Interest Earn - *******7913 | 23,559.84 | 21,583.34 | 0.00 |
| Total Memo Allocation Net: | 23,559.84 | | 23,559.84 | 21,583.34 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*